UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

```
STATE FARM MUTUAL AUTOMOBILE          CIVIL ACTION
INSURANCE COMPANY, ET AL
                                      NUMBER 05-218-FJP-CN
VERSUS

FORD MOTOR COMPANY, ET AL
```

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, remanding this matter to the Nineteenth Judicial District Court, East Baton Rouge Parish, Louisiana, for further proceedings.

Baton Rouge, Louisiana, January 10, 2006.

```
                           _____
                           FRANK J. POLOZOLA
                           MIDDLE DISTRICT OF LOUISIANA
```

Doc#42882